NUMBERS 13-07-00064-CR, 13-07-00065-CR, 


& 13-07-00066-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


RYAN EDWARD BRUSH, APPELLANT,


v.



THE STATE OF TEXAS, APPELLEE.

________________________________________________________


On Appeal from the 156th District Court 


of Bee County, Texas.


_________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Vela


Memorandum Opinion Per Curiam


 Appellant, Ryan Edward Brush, attempts to appeal his convictions in: (1) trial court
cause number B-06-2187-0-CR-B, for indecency with a child, docketed in this Court as 13-07-00064-CR; (2) trial court cause number B-06-2188-0-CR-B, for aggravated sexual
assault, docketed in this Court as 13-07-00065-CR; and (3) trial court cause number B-06-2189-0-CR-B, for aggravated sexual assault, docketed in this Court as 13-07-00066-CR. 
In each of these cases, the trial court has certified that this appeal arises from "a plea
bargain case, and the defendant has NO right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On February 5, 2007, this Court ordered appellant's counsel to, within thirty days,
review the record and advise this Court whether appellant has a right to appeal. See Tex.
R. App. P. 44.3, 44.4. The time to respond to this Court's notice was extended to May 28,
2007. No response to this Court's order was received, and on August 23, 2007, the Court
abated these appeals and remanded the causes to the trial court for a hearing to determine
why counsel failed to comply with this Court's order. The hearing on remand was held,
and the Court has now received and reviewed the reporter's record of that hearing, and
has also received and reviewed counsel's subsequently filed responses regarding the
defendant's right of appeal in these causes. The record and counsel's responses do not
establish (1) that the certifications currently on file with this Court are incorrect, or (2) that
appellant otherwise has a right to appeal in these cases. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, these appeals
are DISMISSED. Any pending motions are denied as moot.




 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 7th day of February, 2008.